```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
TKACH VYACHESLAV, ET AL.,

              Plaintiffs,

  - against -

THE SCHUTZER GROUP, PLLC, ET AL.,

             Defendants.

23-cv-2166 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The time for the plaintiffs to serve the summons and complaint is extended to **July 5, 2023**. If the plaintiffs fail to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **August 1, 2023**, is canceled.

SO ORDERED.

Dated:    New York, New York
           June 20, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                       United States District Judge