UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

TKACH VYACHESLAV, ET AL.,

              Plaintiffs,

       - against -

THE SCHUTZER GROUP, PLLC, ET AL.,

              Defendants.
───────────────────────────────────────

23-cv-2166 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **July 31, 2023**. If the defendants fail to respond by that date, the plaintiffs may move by order to show cause for a default judgment by **August 21, 2023**. If the plaintiffs fail to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
           July 24, 2023

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                         United States District Judge